DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Neal.Hong@usdoj.gov

Attorneys for United States of America

**FILED**
JUN 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SARAH CASSELL, <br><br> Defendant. | CRIMINAL NO. **3 19 70996 TSH** <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 26, 2019, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon a

    ☒    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe): supervised release violation

| | |
|---|---|
| | Respectfully Submitted, |
| | DAVID L. ANDERSON |
| | United States Attorney |
| Date: June 27, 2019 | |
| | _____ |
| | NEAL C. HONG |
| | Assistant United States Attorney |